MONTEMURO, J., participates by designation as a senior judge as provided by Pa.R.J.A. No. 701(f).

667 A.2d 213

Joseph LIGATTI and Margaret Ligatti, H/W

v.

E.I. DUPONT CORPORATION, The Celotex Corporation, GAF Corporation, Nicolet Industries, Inc., Southern Asbestos Company, Fibreboard Company, Inc., Keene Corporation, Eagle–Picher Industries, Inc., Owens–Corning Fibreglas Company, Pittsburgh Corning Corporation, Raymark Inc.

Appeal of OWENS–ILLINOIS, INC.

Daniel INSOGNA and Ellen Insogna, H/W

v.

E.I. DuPONT CORPORATION, The Celotex Corporation, GAF Corporation, Nicolet Industries, Inc., Southern Asbestos Company, Fibreboard Corporation, H.K. Porter Company, Inc., Eagle–Picher Industries, Inc., Owens–Corning Fibreglas Company, Pittsburgh Corning Corporation, Raymark Inc.

Appeal of OWENS–ILLINOIS, INC.

Walter James MacDONALD and Helen MacDonald, H/W

v.

The CELOTEX CORPORATION, GAF Corporation, Nicolet Industries, Inc., Southern Asbestos Company, H.K. Porter Company, Inc., Keene Corporation, Eagle–Picher Industries, Owens–Corning Fiberglas Company, Pittsburgh Corning Corporation, Raymark, Inc., Armstrong World Industries, Inc., Fibreboard Corporation, Garlock, Inc., Pacor, Inc., Forty–Eight Insulations, Inc., and Delaware Asbestos & Rubber Company.

Appeal of OWENS–ILLINOIS, INC.

Francis George SIMMONS and Katherine Simmons, H/W

v.

E.I. DuPONT CORPORATION, The Celotex Corporation, GAF Corporation, H.K. Porter Company, Inc., Keene Corporation, Eagle–Picher Industries, Inc., Owens–Corning Fiberglas Company, Pittsburgh Corning Corporation.

Appeal of OWENS–ILLINOIS, INC.

Supreme Court of Pennsylvania.

Argued Oct. 25, 1995.

Decided Nov. 22, 1995.

Kimberly Waldron, Nathan A. Schactman, Cherry Hill, NJ, for Owens–Illinois.

James F. Hammill, Cherry Hill, NJ, Pro Hac Vice, for Owens–Illinois.

Dolores M. Troiani, Paoli, for Daniel & Ellen Insogna.

Randy H. Kaplan, Jenkintown, for Walter & Helen Mac-Donald and Francis & Katherine Simmons.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., participates by designation as a senior judge as provided by Pa.R.J.A. No. 701(f).

667 A.2d 214

**Shakeema FELTON, a minor, by her parent and natural guardian, Lucretia FELTON and Lucretia Felton, in her own right, Appellants,**

**v.**

**Jessie SPRATLEY, Executor of the Estate of Maria Spratley, a/k/a Marie Beatrice Taylor Spratley, a/k/a Marie Taylor Spratley and Mollucye Spratley Pearson, Executrix of the Estate of Marie Spratley, a/k/a Marie Beatrice Taylor Spratley, a/k/a Marie Taylor Spratley.**

Supreme Court of Pennsylvania.

Argued Oct. 25, 1995.

Decided Nov. 22, 1995.

Reargument Denied Feb. 1, 1996.